UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re Application of CATERPILLAR CRÉDITO, SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, SOCIEDAD FINANCIERA DE OBJETO MÚLTIPLE, ENTIDAD REGULADA, for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in a Foreign Proceeding

22-mc-273 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The objecting parties are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed objections to the Magistrate Judge's Report & Recommendation dated May 24, 2023.

SO ORDERED.

Dated:   New York, New York
         June 28, 2023

*/s/ John G. Koeltl*
John G. Koeltl
United States District Judge